# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| KLN STEEL PRODUCTS COMPANY, LLC, DEHLER MANUFACTURING CO., FURNITURE BY THURSTON, AND 4200 PAN AM LLC, | § § § § § | CASE NO. 11-12855 CASE NO. 11-12856 CASE NO. 11-12858 CASE NO. 11-13154 |
| DEBTORS. | § § § § | Jointly Administered Under CASE NO. 11-12855-CAG |

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of February, 2012, a true and correct copy of the *Motion (i) to Compel Debtors' Payment of Post-Petition Rent Under § 365(d)(3) or, in the Alternative, (ii) for Allowance of Administrative Expenses Under § 503(b), (iii) to Compel Immediate Assumption or Rejection of Unexpired Lease of Nonresidential Real Property, and (iv) for Allowance of Administrative Expenses for Damages Due to Debtors' Tortious Post-Petition Acts* [Docket No. 166] was served electronically upon the parties listed below who are registered to receive electronic notice via the Court's CM/ECF system:

Ben L. Aderholt - baderholt@lrmlaw.com, aarmstrong@lrmlaw.com

David G. Aelvoet - davida@publicans.com

Jason Bradley Binford - jbinford@krcl.com, ecf@krcl.com

Richard T. Chapman - rchapman@andersonsmith.com, karissa@andersonsmith.com, roxanne@andersonsmith.com

Kyle L. Dickson - kdickson@murray-lobb.com, mgarcia@murray-lobb.com

Steven H. Felderstein - sfelderstein@ffwplaw.com, jchalmers@ffwplaw.com ccrowell@ffwplaw.com

Paul B. Geilich - pgeilich@wgblawfirm.com, bankruptcy@wgblawfirm.com

Ronald Hornberger - hornbergerr@plunkett-gibson.com, burtk@plunkett-gibson.com

Jonathan L. Howell - jhowell@munsch.com

Patrick L. Huffstickler - plhuffst@coxsmith.com, aseifert@coxsmith.com marycruz@coxsmith.com

Leslie Sara Hyman - lhyman@pulmanlaw.com, Dpedroza@pulmanlaw.com

Ronald J. Johnson - ronjohnson@rjjohnsonlaw.com, cmeuth@rjjohnsonlaw.com

John R. Lane - johnlaneassociates@gmail.com, jchildress@jrl-law.com, rdaniel@jrl-law.com

Leslie M. Luttrell - luttrell@lzlawgroup.com, sdpitts@lzlawgroup.com

Zachary Mosner - BCUMosner@atg.wa.gov

Jay Ong - jong@munsch.com, amays@munsch.com, ckelly@munsch.com

Nancy H. Reyes - nancy.h.reyes@sanantonio.gov

J. Scott Rose - srose@jw.com, kmonsen@jw.com, evillasenor@jw.com, lstuder@jw.com

Ron Satija - rsatija@hallattorneys.com, aaviles@hallattorneys.com, aramos@hallattorneys.com, nhall@hallattorneys.com, lhicks@hallattorneys.com

Jack E. Skaggs - jskaggs@jw.com, ccthomas@jw.com, memiller@jw.com

Barnet B. Skelton - barnetbjr@msn.com

Brad T. Summers - tsummers@balljanik.com, akimmel@balljanik.com

Eric J. Taube - erict@hts-law.com, sherris@hts-law.com, annmariej@hts-law.com

Mark Curtis Taylor - markt@hts-law.com, tammyq@hts-law.com

Patricia Baron Tomasco - ptomasco@jw.com, kgradney@jw.com, ccthomas@jw.com

United States Trustee - AU12 - ustpregion07.au.ecf@usdoj.gov

Richard James Wallace - richard.wallace@solidcounsel.com

Valerie L. Wenger - Valerie.L.Wenger@usdoj.gov

3856283.1

Stephen G. Wilcox - swilcox@basselwilcox.com, kraudry@basselwilcox.com, krw77@sbcglobal.net

          Respectfully submitted,

          COX SMITH MATTHEWS INCORPORATED
          112 E. Pecan St., Suite 1800
          San Antonio, Texas 78205
          (210) 554-5500
          (210) 226-8395 (Fax)

By: */s/ Patrick L. Huffstickler*
    Patrick L. Huffstickler
    Texas State Bar No. 10199250
    Meghan E. Bishop
    State Bar No. 24055176

**ATTORNEYS FOR**
**LGC BUILDING, LTD.**

3856283.1