

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 29, 2012.**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| In re: § | CASE NO. 11-12855 |
| § | CASE NO. 11-12856 |
| KLN STEEL PRODUCTS COMPANY, LLC, § | CASE NO. 11-12858 |
| DEHLER MANUFACTURING CO., § | CASE NO. 11-13154 |
| FURNITURE BY THURSTON, AND § | |
| 4200 PAN AM LLC, § | Jointly Administered Under |
| § | CASE NO. 11-12855-CAG |
| DEBTORS. § | |

### ORDER GRANTING LGC BUILDING, LTD.'S MOTION (I) TO COMPEL DEBTORS' PAYMENT OF POST-PETITION RENT UNDER § 365(d)(3) OR, IN THE ALTERNATIVE, (II) FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES UNDER § 503(b), (III) TO COMPEL IMMEDIATE ASSUMPTION OR REJECTION OF UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY, AND (IV) FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES FOR DAMAGES DUE TO DEBTORS' TORTIOUS POST-PETITION ACTS

After considering LGC Building, Ltd.'s *Motion (i) to Compel Debtors' Payment of Post-Petition Rent Under § 365(d)(3) or, in the Alternative, (ii) for Allowance of Administrative Expenses Under § 503(b), (iii) to Compel Immediate Assumption or Rejection of Unexpired Lease of Nonresidential Real Property, and (iv) for Allowance of Administrative Expenses for*

3849719.1

*Damages Due to Debtors' Tortious Post-Petition Acts* (the "Motion"), the Court finds that the Motion should be **GRANTED**, in its entirety.

Therefore, it is **ORDERED** that the relief requested in the Motion be **GRANTED**.

It is further **ORDERED** that the Debtors immediately shall pay to LGC, Building, Ltd. an amount of $142,488.00 for unpaid post-petition rent and related rental obligations and $70,000.00 for damages to and/or removal of real property and/or fixtures.

###

Patrick L. Huffstickler
Texas State Bar No. 10199250
Meghan E. Bishop
State Bar No. 24055176
COX SMITH MATTHEWS INCORPORATED
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Facsimile)

**ATTORNEYS FOR
LGC BUILDING, LTD.**